**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-6756**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DARNELL FREEMAN,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge.  (1:02-cr-00427-LMB-1)

─────────────

Submitted: October 14, 2008      Decided:  October 17, 2008

─────────────

Before KING, GREGORY, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Darnell Freeman, Appellant Pro Se. LeDora Knight, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Freeman appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2000) motion for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Freeman, No. 1:02-cr-00427-LMB-1 (E.D. Va. filed Apr. 11, 2008 & entered Apr. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED